**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 253 EAL 2020

                Respondent             :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

                v.                    :

                                     :

RODNEY MCGHEE,                      :

                                     :

                Petitioner             : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of January, 2021, The Application for Petition for Allowance of Appeal to Be Filed Under Seal is **GRANTED**. The Petition for Allowance of Appeal is **DENIED**.